# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02099-RBJ

**DOUGLAS BRUCE**, an Individual,

    Plaintiff,

v.

**CITY AND COUNTY OF DENVER**, a municipal government within the State of Colorado,
**STERLING CONSULTING CORPORATION**, a Colorado Corporation,
**STATE OF COLORADO**,
**FAIRFIELD & WOODS, P.C.**, a Colorado Professional Corporation, and
**MACHOL & JOHANNES, LLC**, a Colorado Limited Liability Corporation

    Defendants.

---

### PLAINTIFF'S NOTICE OF APPEAL

---

    Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff Douglas Bruce, by and through undersigned counsel of record, hereby submits this Notice of Appeal.

    The party taking the appeal is Plaintiff Douglas Bruce. The judgment being appealed is the final judgment entered in this case on October 4, 2021, and all interlocutory orders entered by the trial court prior to the final judgment. The appeal is taken to the United States Court of Appeals for the Tenth Circuit.

DATED this 1st day of November, 2021.

                      NONPROFIT LEGAL SERVICES OF UTAH

                        /s/ Aaron C. Garrett
                    *Nathan R. Garcia*
                    *Aaron C. Garrett*
                    NONPROFIT LEGAL SERVICES OF UTAH
                    623 East 2100 South, Suite B1
                    Salt Lake City, Utah 84106
                    Tel: (385) 419-4111
                    Fax: (801) 401-3504
                    nathan@nonprofitlegalservices.com
                    aaron@nonprofitlegalservices.com
                    *Attorneys for Plaintiff Douglas Bruce*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2021, a true and correct copy of **PLAINTIFF'S NOTICE OF APPEAL** was served on the following in the manner and to the address indicated below:

| | |
|---|---|
| \_\_\_ US MAIL<br>\_\_\_ CERTIFIED MAIL<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ FACSIMILE<br>\_x\_ ECF<br>\_\_\_ EMAIL | CITY AND COUNTY OF DENVER<br>City Attorney's Office<br>Edward J. Gorman<br>Paige A. Arrants<br>201 West Colfax Avenue, Dept. 1207<br>Denver, Colorado 80202-5332<br>Tel: (720) 913-3275<br>edward.gorman@denvergov.org<br>paige.arrants@denvergov.org<br>*Attorneys for City and County of Denver* |
| \_\_\_ US MAIL<br>\_\_\_ CERTIFIED MAIL<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ FACSIMILE<br>\_x\_ ECF<br>\_\_\_ EMAIL | COLORADO ATTORNEY GENERAL'S OFFICE<br>Amy Christine Colony<br>Lauren Eileen Davison<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway<br>Denver, Colorado 80203<br>amy.colony@coag.gov<br>lauren.davison@coag.gov<br>*Attorneys for State of Colorado* |
| \_\_\_ US MAIL<br>\_\_\_ CERTIFIED MAIL<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ FACSIMILE<br>\_x\_ ECF<br>\_\_\_ EMAIL | FAIRFIELD AND WOODS P.C.<br>John M. Tanner<br>1801 California Street, Suite 2600<br>Denver, Colorado 80202<br>Tel: (303) 830-2400<br>jtanner@fwlaw.com<br>*Attorneys for Fairfield and Woods P.C. and Sterling Consulting Corporation* |
| \_\_\_ US MAIL<br>\_\_\_ CERTIFIED MAIL<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ FACSIMILE | MACHOL & JOHANNES, LLC<br>Jacques Machol<br>700 17th Street, Suite 200<br>Denver, Colorado 80202 |

| _x_ ECF<br>___ EMAIL | Tel: (866) 729-3328<br>jm@mjfirm.com<br>*Attorneys for Machol & Johannes, LLC* |
|---|---|

  /s/ Aaron C. Garrett
Aaron C. Garrett